**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg, Esq. (*pro hac vice*)
Jason Z. Goldstein, Esq. (*pro hac vice*)
C. Lee Wilson, Esq. (*pro hac vice*)
Kevin Liang, Esq. (*pro hac vice*)
Simon Briefel, Esq. (*pro hac vice*)
Trevor B. Gopnik, Esq. (*pro hac vice*)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Email: SGreenberg@gibsondunn.com
JGoldstein@gibsondunn.com
CLWilson@gibsondunn.com
KLiang@gibsondunn.com
SBriefel@gibsondunn.com
TGopnik@gibsondunn.com

**Order Filed on June 22, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Del Monte Foods Corporation II, Inc., *et al.*,<br><br>Debtors. | Case No. 25-16984 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Certain Members of the Ad Hoc Group of Minority Secured Lenders,<br><br>Plaintiffs,<br><br>v.<br><br>Members of the Ad Hoc Term Lender Group,<br><br>Defendants. | Adv. Pro. No. 26-01018 (MBK) |

**ORDER DENYING MINORITY LENDERS'**
**MOTION FOR A STAY PENDING APPEAL**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 22, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the *Minority Lenders' Motion for Stay Pending Appeal* [Adv. Pro. Docket No. 40] (the "Motion"), the Opposition [Adv. Pro. Docket No. 49] (the "Opposition") of the Members of the Ad Hoc Term Lender Group, and the *Reply in Support of the Minority Secured Lenders' Motion for a Stay Pending Appeal* [Adv. Pro. Docket No. 56] (the "Reply"); and upon the *Debtors' Joinder in the Opposition of Members of the Ad Hoc Term Lender Group to Plaintiffs' Motion for Stay Pending Appeal* [Adv. Pro. Docket No. 50] (the "Joinder");[1] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that venue is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion, the Opposition, and all other pleadings and statements filed in connection therewith, and having heard the statements and arguments of counsel made on the record at a hearing held before this Court on June 18, 2026 (the "Hearing"); and upon all of the proceedings had before the Court and after due deliberation thereon and for the reasons set forth more fully on the record of the Hearing, which is incorporated herein by reference; now, therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **DENIED** without prejudice for the reasons set forth on the record.

2. This Court retains jurisdiction with respect to all matters, claims, rights or disputes arising from, based upon, or related to this Order.

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the pleadings cited herein.