Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Del Monte Foods Corporation II Inc.
Debtor

Case No.: 25−16984−MBK
Chapter 11

Certain Members of the Ad Hoc Group of Minority Secured Lenders
Plaintiff

v.

Members of the Ad Hoc Term Lender Group
Defendant

Adv. Proc. No. 26−01018−MBK

Judge: Michael B. Kaplan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on June 22, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 60 − 40
ORDER DENYING MINORITY LENDERS' MOTION FOR A STAY PENDING APPEAL (Related Doc # 40). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 6/22/2026. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 22, 2026
JAN: wiq

Jeanne Naughton
Clerk